THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID E. LEWIS
ADC # 105476     PLAINTIFF

v.     Case No. 2:21-cv-00057-KGB-JTR

JEREMY ANDREWS, Warden,
East Arkansas Regional Unit, ADC, *et al*.     DEFENDANTS

## ORDER

Before the Court is the Partial Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 84). No objections have been filed, and the deadline to file objections has passed. Judge Ray recommends that this Court deny plaintiff David E. Lewis' motion for a temporary restraining order and a preliminary injunction (Dkt. Nos. 73; 84). After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 84). The Court denies Mr. Lewis' motion for a temporary restraining order and a preliminary injunction (Dkt. No. 73).

It is so ordered this 7th day of August, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge