THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID E. LEWIS
ADC # 105476                                                                                                        PLAINTIFF

v.                                    Case No. 2:21-cv- 00057-KGB-BBM

JEREMY ANDREWS, Warden,
East Arkansas Regional Unit, ADC, *et al*.                                             DEFENDANTS

## ORDER

Before the Court is the Partial Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Benecia B. Moore (Dkt. No. 144). No objections have been filed, and the deadline to file objections has passed. Judge Moore recommends that this Court take several actions on the pending motions against the two remaining groups of defendants: the ADC Defendants, to include Sergeant Marion Smith and Lieutenant Devine Maiden; and the Medical Defendants, to include Dr. William Patrick Scott, Medical Administrator Patti Anne Conley, and Nurse Cindy Culp. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 144).

The Court makes the following rulings:

1. grants the ADC Defendants' motion for summary judgment (Dkt. No. 119);

2. dismisses with prejudice Mr. Lewis's individual capacity conditions of confinement claims against the ADC Defendants;

3. dismisses without prejudice Mr. Lewis's official capacity conditions of confinement claims against the ADC Defendants;

4. grants, in part, and denies, in part, the Medical Defendants' motion for summary judgment (Dkt. No. 122);

5. dismisses with prejudice Mr. Lewis's inadequate medical care claim against Nurse Culp;

6. dismisses with prejudice Mr. Lewis's falsification of medical records claim against Administrator Conley;

7. dismisses with prejudice Mr. Lewis's inadequate medical care claim against Dr. Scott for changing Mr. Lewis's medication and terminating outside medical care; and

8. permits Mr. Lewis to proceed with his inadequate medical care claims against Dr. Scott for allegedly not changing Mr. Lewis's wound dressings in March 2020 (Dkt. No. 144, at 30).

It is so ordered this 4th day of September, 2024.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge